The People of the State of New York, Respondent, 
against
Angie McEachin, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James M. Burke, J.), rendered July 24, 2013, after a jury trial, convicting her of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (James M. Burke, J.), rendered July 24, 2013, affirmed.
Defendant's conviction of assault in the third degree (see Penal Law § 120.00[1]) is supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's credibility determinations. Defendant's entire course of conduct before, during and after the incident - which included following the victim onto a subway car, verbally accosting and threatening the victim, "egging on" and standing by as her companion struck the victim, and then striking the victim herself with her fists and with heavy headphones - amply supports a finding that defendant shared her companion's intent to cause physical injury to the victim (see People v Daisley, 115 AD3d 535 [2014], lv denied 24 NY3d 960 [2014]; Matter of Tatiana N., 73 AD3d 186 [2010]; People v Vega, 2003 NY Slip Op 50876[U] [App Term, 1st Dept 2003], lv denied 100 NY2d 588 [2003]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur 
Decision Date: December 23, 2016